IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 2 2004

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES OF AMERICA

vs.                                                   4:04-CR-176(1) JMM

NORMAN HERBERT STREHL

## ORDER

Pending before the Court is defendant's motion for continuance from the present trial date.

The Court has fully considered the motion for continuance and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and the defendant for a speedy trial in that the issues are such that to deny the motions would deny counsel for the defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendant's behalf.

IT IS THEREFORE ORDERED that the motion for continuance[1] be, and it is hereby, granted.

The matter is rescheduled for trial to a jury at 9:15 a.m. on Monday, February 14, 2005. The parties are directed to simultaneously submit proposed jury instructions and proposed voir dire questions on or before February 7, 2005. It is not necessary to include the standard opening and closing instructions. Core instructions shall be submitted on a 3 inch diskette in

---

[1] Doc. #14

WordPerfect 6.1 or higher format.

IT IS FURTHER ORDERED that the delay occasioned by the continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(A).

Dated this 1st day of December, 2004.

_____
UNITED STATES DISTRICT JUDGE


ENTERED ON THE DOCKET IN ACCORDANCE
WITH RULE 55, FRCrP, ON 12/3/04
BY Jones

AO 72A
(Rev. 8/82)

```
                                                                    loj
              UNITED STATES DISTRICT COURT
                Eastern District of Arkansas
                      U.S. Court House
              600 West Capitol, Suite 402
              Little Rock, Arkansas 72201-3325
```

December 3, 2004

## * * MAILING CERTIFICATE OF CLERK * *

Re:  4:04-cr-00176.

True and correct copies of the attached were mailed by the clerk to the following:      press, uspo, cso, file

    Karen D. Coleman, Esq.
    U. S. Attorney's Office
    Eastern District of Arkansas
    425 West Capitol Avenue, Suite 500
    Post Office Box 1229
    Little Rock, AR   72203-1229

    Arkie Byrd, Esq.
    Mays, Byrd & Associates, P.A.
    415 Main Street
    Little Rock, AR   72201-3801


                                    James W. McCormack, Clerk

          12/3/04                            L Jones
Date: _____       BY: _____