IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 14 2005

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                          NO. 4:04CR00176 JMM

NORMAN HERBERT STREHL                                                 DEFENDANT

## MOTION FOR CONTINUANCE OF TRIAL

Comes now the defendant herein, by and through his attorneys, MAYS, BYRD & ASSOCIATES, P.A., by Arkie Byrd and for his Motion for Continuance of Trial states:

1. A jury trial in this matter is scheduled for Monday, February 14, 2005.

2. Defendant is scheduled for his second plea and arraignment on a superceding indictment on January 27, 2005.

3. Defendant will need additional time to research the issues and prepare for defending the new charges, including communication with the Defendant. In addition, Defendant's counsel has several hearings and a non-jury trial scheduled as well as a lengthy deposition scheduled in the two weeks prior to the trial date and does not believe that she will have adequate time to prepare for trial.

4. This Motion is brought in good faith and not for the purpose of delay or any other improper purpose.

5. Any additional time granted by this Court would be excluded by the Speedy Trial Act.

WHEREFORE, defendant requests that this Court continue the trial in this matter and for all other relief that this Court deemed appropriate.



Respectfully submitted,

MAYS, BYRD & ASSOCIATES, P.A.
415 Main Street
Little Rock, AR 72201
(501) 372-6303

BY: _____
ARKIE BYRD   #80020
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, ARKIE BYRD, hereby certify that a true copy of the foregoing document has been mailed, postage prepaid, to the following on this the 13th day of January, 2005.

Ms. Karen Coleman
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1229
Little Rock, Arkansas 72203

_____
ARKIE BYRD

F:\Donna Johnson\Arkie Byrd\Strehl, Norman 2nd Mtn for Continuance.wpd