FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 18 2005

JAMES W. McCORMACK, CLERK
By: ______ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
v. ) No. 4:04CR00176 JMM
)
NORMAN HERBERT STREHL )

RESPONSE TO MOTION FOR CONTINUANCE

For its response to the defendant's motion for continuance, the government states:

1. On July 21, 2004, the defendant was indicted with one count of attempted enticement of a minor and one count of attempted transportation of a minor with the intent to engage in sexual contact. On January 4, 2005, a Superseding Indictment was filed charging the defendant with two counts of attempted enticement of a minor in violation of 18 U.S.C. § 2422(b).

2. On January 14, 2005, the defendant filed a motion for continuance of the February 14, 2005 trial date. In anticipation of that motion, a representative of the Federal Bureau of Investigation spoke with the victim's father about the family's position relative to a continuance. Undersigned counsel was informed that the victim's family objects to a continuance of this matter.

3. The United States anticipates that the child victim will testify in this case. Pursuant to 18 U.S.C. § 3509(j), the United States requests that a continuance not be granted.

4. As a basis for the motion, the defendant states that he needs additional time to review the information related to the new count. The court should be aware that discovery materials

24

were made available to defense counsel on September 9, 2004. At that time, defense counsel was also informed that a number of documents were available for her review at the Federal Bureau of Investigation and that an appointment would need to be made for review of the information. All evidence related to Count Two was a part of that information.

5. Further, on November 30, 2004, undersigned counsel had a telephone conversation with defense counsel in which defense counsel was informed that the United States intended to seek a Superseding Indictment to add a count of attempted enticement based on information seized during search warrants executed on the defendant's property in Colorado.

6. On December 1, 2004, a letter was sent to defense counsel outlining the telephone conversation and including specific evidence relevant to the new count.

WHEREFORE, for the above reasons, the United States requests that the defendant's motion for a continuance be denied.

Respectfully submitted,

H.E. (BUD) CUMMINS
United States Attorney

Karen D. Coleman

By KAREN D. COLEMAN
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2607

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed to the following attorney(s) of record this 18th day of January, 2005:

Arkie Byrd
Mays, Byrd & Associates
415 Main Street
Little Rock, AR 72201

Karen D. Coleman
KAREN D. COLEMAN