UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 27 2005
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

vs.                                          CASE NO: <u>4:04CR00176 JMM</u>

<u>NORMAN HERBERT STREHL</u>

## PLEA AND ARRAIGNMENT REPORT

Plea Date: <u>1-27-05</u>    Deft is ✓ is not ___ in custody
Continued Until: _____     ___ Deft did not appear
Reason for continuance ___   ___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney <u>Karen Coleman</u>                    Defense
Counsel <u>Arkie Byrd</u>                            (Appointed / Retained)

### PLEA

TRIAL BEFORE DISTRICT COURT  )   CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ✓                )   Not Guilty _____
Guilty (indicates desire) __)   Guilty _____
Nolo Contendere (desire) __ )   Nolo Contendere _____

___✓___ Demands Trial by Jury              ___ Waives Jury Trial
                                               Deft agrees _____
                                               Govt agrees _____

### BAIL

Bail Set at: <u>Detention</u>      By:  <u>Mag. Judge Shaffer</u>
Date: <u>7/7/04</u>
Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: <u>3</u> Day(s)
Estimated Trial Date: <u>Mon. Feb. 14, 2005, @ 9:15 a.m., Room 389 - MOODY</u>  All Pretrial
Motions to be filed within <u>10</u> Day(s)

Other: _____

DATE: <u>1-27-05</u>   SO ORDERED: _____
                                    U. S. MAGISTRATE JUDGE

25