**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 11 2005

JAMES W. McCORMACK, CLERK
By: M.H
DEP CLERK

Case Number: __4:04-CR-176(1) JMM__

Style: __USA v. STREHL__

# DOCUMENT (_Plea Agreement_)

# FILED

# UNDER SEAL

28