# Arkansas Democrat ❦ Gazette

## STATEMENT OF LEGAL ADVERTISING

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 3 0 2005
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

```
                                        REMIT TO:
   US ATTORNEY                          ARKANSAS DEMOCRAT-GAZETTE, INC.
   PO BOX 1229                          P.O. BOX 2221
   LITTLE ROCK AR   72203               LITTLE ROCK, AR 72203

        ATTN:  Todd Newton
DATE  : 03/23/05    INVOICE #:    1862953        BILLING QUESTIONS CALL 378-3812
ACCT #: L4993317    P.O. #:
```

STATE OF ARKANSAS,       }
COUNTY OF PULASKI,       }  ss.

I, Elizabeth Myers do solemnly swear that I am the Legal Billing Clerk of the Arkansas Democrat - Gazette, a daily newspaper printed and published in said County, State of Arkansas; that I was so related to this publication at and during the publication of the annexed legal advertisement in the matter of:
    norman h strehl
pending in the Court, in said County, and at the dates of the several publications of said advertisement stated below, and that during said periods and at said dates, said newspaper was printed and had a bona fide circulation in said County; that said newspaper had been regularly printed and published in said County, and had a bona fide circulation therein for the period of one month before the date of the first publication of said advertisement; and that said advertisement was published in the regular daily issues of said newspaper as stated below.

**AD COPY**

| DATE | DAY | LINAGE | RATE | DATE | DAY | LINAGE | RATE |
|------|-----|--------|------|------|-----|--------|------|
| 03/09 | Wed | 73 | 1.25 | | | | |
| 03/16 | Wed | 73 | 1.25 | | | | |
| 03/23 | Wed | 73 | 1.25 | | | | |

TOTAL COST -------------------------------  273.75
Billing Ad #: 29254111

Subscribed and sworn to me this 23 day of March, 2005

Notary Public (Deborah F. Chaney, Saline County, AR, Com. Exp. 03-05-2012)

30