IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                                        NO.  4:04CR00176 JMM

NORMAN HERBERT STREHL                                                DEFENDANT

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PRESENTENCING REPORT

Comes now the defendant herein, by and through his attorneys, MAYS, BYRD & ASSOCIATES, P.A., by Arkie Byrd and for his Motion for Extension of Time to Respond to Presentencing Report, states:

1. Defendant's attorney received said Presentencing Report on July 5, 2005. Said Presentencing Report was mailed on June 30, 2005.

2. Counsel believes that some of the time that was necessary for Defendant and counsel to review the matters in the Presentencing Report were truncated because of the Independence Day holiday.

3. That Defendant believes the Presentencing Report is full of errors and hearsay, fiction and repetition.

4. Counsel will need additional time to speak with Defendant regarding his objections and requests for modifications and changes in the Presentencing Report.

5. Defendant requests an extension of time until July 26, 2005 in which to prepare Defendant's Response to the Presentencing Report.

6. Defendant has contacted Karen Coleman, Assistant U.S. Attorney, and been informed that she is in trial.

WHEREFORE, Defendant requests an extension of time until July 26, 2005 in which to

prepare his Response to Presentencing Report.

                                                                  Respectfully submitted,

                                                                  /s/ Arkie Byrd
Bar Number 80020
Attorney for Defendant
MAYS, BYRD & ASSOCIATES, P.A.
415 Main Street
Little Rock, AR 72201
(501) 372-6303
E-mail: arkiebyrd2@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which shall send notification of such filing to the following:

**Arkie Byrd**
arkiebyrd2@aol.com djohnson@maysbyrdlaw.com

**Karen D. Coleman**
karen.coleman@usdoj.gov suzy.flippen@usdoj.gov

I hereby certify that on July 18, 2005, I mailed the document and a copy of the Notice of Electronic Filing by U.S. Postal Service to the following non-CM/ECF participants:

**LEGAL MAIL**
Mr. Norman H. Strehl
W.C.D.C.
P.O. Box 307
Epps, LA 71237

                                                                  /s/ Arkie Byrd
Bar Number 80020
Attorney for Defendant
MAYS, BYRD & ASSOCIATES, P.A.
415 Main Street
Little Rock, AR 72201
(501) 372-6303
E-mail: arkiebyrd2@aol.com

F:\Donna Johnson\Arkie Byrd\Strehl Mtn for Ext of Time on Presentence Rpt.wpd