AO 456 (Rev. 5/85) Notice

# United States District Court
## *Eastern District of Arkansas*

NOTICE

V.

CASE NUMBER:

TYPE OF CASE:  ☐ **CIVIL**   ☐ **CRIMINAL**

☐ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | | | CONTINUED TO, DATE AND TIME |
|---|---|---|---|

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

DATE                                (BY) DEPUTY CLERK

To: