```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
```

UNITED STATES OF AMERICA

v.                              No. 4:04CR000176 JMM

NORMAN HERBERT STREHL

<u>MOTION OF THE UNITED STATES FOR AN
          ORDER OF FORFEITURE</u>

     The United States of America, by and through its counsel, Bud Cummins, United States Attorney for the Eastern District of Arkansas, and Todd L. Newton, Assistant United States Attorney, respectfully submits its Motion for Order of Forfeiture in the above-entitled case, and in support thereof represents to the Court the following facts:

     1.  On February 16, 2005, the Court entered an order of forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in the following seized asset:

     (a)  a Digital PC CPU serial number KN826FCZH5;

     (b)  a Quantx CPU containing no serial number;

     (c)  a CPU seized July 2, 2004 containing no serial number;

     (d)  120 CDs; and

     (e)  any and all computer related equipment seized July 2, 2004 and July 9, 2004 from the residence, business, vehicles, and storage facility of the defendant, including but not limited to monitors, keyboards, speakers, and mouses.

     2.  Pursuant to 18 U.S.C. §2253(m), third parties asserting a legal interest in the above-described forfeited properties are

entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. The United States published notification of the Court's Preliminary Order of Forfeiture in a newspaper of general circulation on March 9, 2005, March 16, 2005, and March 23, 2005. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

4. No third party has made any claims to or declared any interest in the above-described forfeited property.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the property forfeited as to all parties and vesting full right, title, and interest in the property in the United States and directing the Secretary of the Treasury to dispose of the property according to law.

>Respectfully submitted,
>
>BUD CUMMINS
>UNITED STATES ATTORNEY
>
>By /s/ TODD L. NEWTON
>Assistant U. S. Attorney
>Bar Number 95222
>P. O. Box 1229
>Little Rock, Arkansas 72203
>(501)340-2609
>todd.newton@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that August 25, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Arkie Byrd
Attorney at Law
415 Main Street
Little Rock, AR  72201


                                    /s/ TODD L. NEWTON