

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 5 2005

JAMES W. McCORMACK, CLERK
By:_____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                          No. 4:04CR00176 JMM

NORMAN HERBERT STREHL

FINAL ORDER OF FORFEITURE

    WHEREAS, on February 16, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit:

    (a)  a Digital PC CPU serial number KN826FCZH5;

    (b)  a Quantx CPU containing no serial number;

    (c)  a CPU seized July 2, 2004 containing no serial number;

    (d)  120 CDs; and

    (e)  any and all computer related equipment seized July 2, 2004 and July 9, 2004 from the residence, business, vehicles, and storage facility of the defendant, including but not limited to monitors, keyboards, speakers, and mouses.

and

    WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

    WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Norman Herbert Strehl had an interest in the property that is subject to forfeiture pursuant to Title 18 U. S. C. Section 2253(a);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the assets described as:

(a) a Digital PC CPU serial number KN826FCZH5;

(b) a Quantx CPU containing no serial number;

(c) a CPU seized July 2, 2004 containing no serial number;

(d) 120 CDs; and

(e) any and all computer related equipment seized July 2, 2004 and July 9, 2004 from the residence, business, vehicles, and storage facility of the defendant, including but not limited to monitors, keyboards, speakers, and mouses;

are hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 2253(m)(7).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this __25__ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE