UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | NO.   4:04CR00176 JMM |
| | ) | |
| NORMAN "HERB" STREHL | ) | DEFENDANT |

### DEFENDANTS REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE SO HE CAN VOTE

Norman "Herb" Strehl respectfully requests that the Court enter an order ending his term of supervised release On September 17, 2012, so that he can vote in the upcoming November Presidential election. In support of this request, the following information is provided to the Court for its consideration:

1. Norman Strehl was initially sentenced on August 26, 2005, to a sixty month term of imprisonment to be followed by five years of supervised release. Mr. Strehl completed his prison term and began his supervised release in November of, 2008. While incarcerated, Norman Strehl served as a prison librarian and volunteered to teach adult education classes to the other inmates. Additionally, Mr. Strehl completed numerous self-help programs offered by the Bureau of Prisons, and he has continued to better himself while on supervised release. (*See* attached summary marked Exhibit A). He received no disciplinary infractions while in prison and completed all of his required treatment.

2. In order for him to be permitted to register to vote, Norman Strehl must be completely finished with his federal sentence no later than October 7th, which is thirty days

before the upcoming election. In order to allow sufficient time to put together whatever paperwork is necessary to present to the appropriate county officials to prove that he has completed his sentence and can lawfully register to vote, it is respectfully requested that Norman Strehl's term of supervised release be terminated as of September 17, 2012.

3. Mr. Strehl has performed well during the forty-four months that he has been under the supervision of the Probation Office since being released from prison. So it is not expected that the Probation Office would have a problem with the request that Norman Strehl be allowed to end his term of supervision one month early. Because of his good conduct, it is also hoped that the Government would have no objection.

4. As indicated in the attached letters, Norman Strehl has the support of his family, friends, and others in connection with this matter. (*See* attached letters marked Exhibit B).

WHEREFORE, it is respectfully requested that the Court enter an order releasing Norman Strehl from his current term of supervised release as of September 17, 2012.

                                          Respectfully submitted,

                                          JENNIFFER HORAN
                                          FEDERAL DEFENDER

By:   /s/ Jeniffer Horan
       Bar Number: 84076
       1401 W. Capitol, Suite 490
       Little Rock, AR 72201
       (501) 324-6113
       E-mail: jenniffer.horan@fd.org

For:   Norman Strehl

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Karen Whatley
Assistant United States Attorney
E-mail: karen.whatley@usdoj.gov

I hereby certify that on this 30th day of August, 2012, I mailed the document and a copy of the Notice of Electronic Filing (NEF), by United States Postal Service and email to the following:

Norman Strehl, Defendant                    Elaine Staton, U.S. Probation Officer
                                            elaine.staton@arep.uscourts.gov


                                            /s/ Jenniffer Horan
                                            Jenniffer Horan

# Norman "Herb" Strehl                              5/14/2012

## Courses and activities undertaken while incarcerated:
    Certificate, Anger Management
    Certificate, Spanish 1, 2 &3
    Certificate, Money Smart
    Certificate, Stocks
    Certificate, Technical Analysis, 1, 2, 3 & Expert
    Creating a Resume
    Certificate, Job Seeking
    Certificate, Employment Open House
    Certificate, Business Plan & Financing
    Graduated, Kiaros (Christian Program)
    I served in the Choir
    For 30 months I worked in Unicor as a leaving as a grade 1, Quality Assurance manager.

## Courses and achievements since being released:
    Certificate, (Small Business) "How to Write A Business Plan," UALR
    Certificate, (Small Business) "Website design #1" UALR
    Certificate, (Small Business) "Website Design #2" UALR
    I worked diligently to qualify for a $2,000.00 IDA (Individual Development Account)
        Grant from the CADC (Central Arkansas Development Council).  With this initial capitol I
        began my own small business, Able Repair and Restoration.
    Today, I continue to build my company, expand to new customers, offer affordable, high
        quality services, pay taxes, serve my community and my church and enjoy life in Little Rock.
    Each Saturday, for years, I have volunteer, to feed the homeless at the Salvation Army.
    Each Thanksgiving, for the past three years, I have been instrumental in serving the
        homeless holiday dinners at the Arkansas State Fairgrounds.
    I have devoted 8 hours a week for the past 30 months in visiting the sick members of our
        congregation at local hospitals.
    I have recently devoted 4 hours weekly to visiting "shut-ins" from our church family.
    Through our church I have begun working with the Hispanic Missions Ministry.
    I serve as a team leader at church sponsored community events such as bridge events.
    I was asked to serve as a pastoral counselor for Louis Palau during City Fest.
    I am an active member of Arkansas Time After Time, a volunteer group dedicated to
        helping sex offenders adjust through reentry and negotiating the challenges of registration.
    In 2011 I married my lovely wife, Regina.
    My Probation Officer has afforded me the opportunity to travel, unsupervised, throughout the state of
        Arkansas, and twice to Kentucky.
    I have successfully passed all of the urinalysis tests and shown no deception on any polygraph tests that
        have been administered.


EXHIBIT A

# OSCAR G. RUSSELL, JR.
# 506 LOOP ROAD
# SHERWOOD, ARKANSAS
# 72120-2216
# 501-392-6617

May 22, 2012

TO: Judge James Moody

Your Honor,

    I am retired from the Federal Government, having worked in three different agencies for 32 years, the last 20 of which were in management positions. I also retired from the Arkansas Army guard after 37 years of service. I enlisted as a private in 1948 and retired with the rank of full colonel in 1985. In that same year, I became the Executive Director of the National Guard Association of Arkansas, and managed their group life insurance program for 14 years before retiring again in 1999. While in that job, I also started a business of selling obituary data found in the Arkansas Gazette. I eventually published 45 volumes of this data and sold it to numerous libraries in Arkansas and other states. I am now retired from this activity, as well.

    I first met Norman H. Strehl when he joined the Pastoral Care Ministry at our church. That was 2 1/2 years ago. We went to the hospitals in and around Little Rock visiting the sick, praying for them. We did this one or two days a week. About a year ago, we changed our focus to home-bound church members or those in a nursing facility. Mr. Strehl has been a faithful and caring partner during his time with the ministry. He and his wife also sing in the choir for regular services and on special occasions; Easter, Christmas, etc.

    Mr. Strehl also works with the Homeless Ministry each week and, on occasion, operates a video camera to assist with the TV ministry. He is very generous with his time, often assisting someone who needs help. Not long ago, he built a wheelchair ramp for a family struggling with a serious health issue with the head of the household. He followed up with this family for several months afterward.

    My relationship with Mr. Strehl is sufficient to know that he can be trusted and will conduct himself in an honorable manner. His reason for asking for this release is that he wishes to vote in the coming general election this fall. My hope is that you will see fit to grant him this privilege.

Sincerely,

*Oscar Russell*

Oscar G. Russell, Jr.

EXHIBIT B

Sharon Thygesen
4053 Lambert Rd
El Sobrante, CA 94803
510-222-6215

Honorable Judge Moody,

I am a long time friend of Norman Herbert Strehl. I have known him for almost 40 years, since I was 13 years old. I worked for him and his wife babysitting their children for about 5 years. When they were divorced, Herb and I remained friends. I have always known Herb to be a hard worker, and a concerned and conscientious citizen.

I am currently employed at the City of Berkeley in California as the Information Systems Manager. I have worked for the City for the past 8 years. I also serve on the El Sobrante Municipal Advisory Council. I believe that being involved in one's community is very important, and that being a civil servant is a privilege.

Herb and I have had, over our friendship, many conversations about the community, the economy and politics in general. While Herb and I don't always agree on the politics he is knowledgeable and articulate about his views. He is very intelligent and enjoys being involved in his community. I know he is very involved with his current church, which is very important to him. He believes it is imperative that citizens be involved. Participating in elections and being aware of the state of the economy. I know he really wants to be able to vote in this presidential election.

I would ask that Herb be granted an early termination of his supervised release so he can vote in the upcoming Presidential election. I know this is very important to him and he would be grateful to have the opportunity to participate.

Sincerely,



Thursday, May 17, 2012

Dear Judge James Moody:

My name is David E. Richards. I am one of the Pastors at First Assembly of God in North Little Rock, AR. My full time position is Pastor of Music, Adult Education and the Latino Ministry here at First Assembly.

I want to give a recommendation for Herb Strehl who I have known now for three years and four months. He has been a faithful member here at First Assembly for all of that time. He is a loyal member of my choir and has almost perfect attendance. There is no one that I trust more than Herb and he is always the first to volunteer to do something for us whether it is to help with the choir or in the Latino Ministry.

He has also been diligently seeking to better himself through his study of God's word and by faithfully attending all church services and the Creative Living Class, which I help teach every Sunday morning. He also works in many other areas of the church and has shown that he never tires of helping the sick, hurt, homeless, poor, and those with addictions. No one has a bigger heart than Herb.

I feel that Herb deserves leniency by the court if at all possible. He has proven himself over and over by being a faithful, loyal, and hardworking member as well as a dear friend.

I believe that Herb has set his mind and heart on being the best person he can be with God's help. He has proven also to be an upright citizen that we can count on that will make the right decisions for all that he comes in contact with and himself.

Sincerely,

David E. Richards
Minister of Music,
Adult Education, and
Latino Ministry
(501) 960-5366

First Assembly of God
4501 Burrow Drive
North Little Rock, AR 72116
501.758.8553
firstnlr.com



# WALLACE, MARTIN, DUKE & RUSSELL, PLLC
ATTORNEYS AT LAW
1st FLOOR, CENTRE PLACE
212 CENTER STREET, SUITE 100
LITTLE ROCK, ARKANSAS 72201
www.wallacelawfirm.com

H.C. (JAY) MARTIN, P.A.
DALE B. DUKE, P.A.
ANDREW J. RUSSELL III
SHERRI L. LATIMER
HEATHER MARTIN-HERRON
MICHAEL R. LIPSCOMB*

JAMES R. WALLACE, P.A.
Of Counsel

*Also Licensed in Texas

Phone:     (501)375-5545
Facsimile: (501)374-9515
Toll Free: (888)536-4387

Writer's E-Mail
hcm@wallacelawfirm.com

May 31, 2012

Honorable James Moody
c/o Jennifer Horan, Assistant Federal Public Defender
1401 W. Capital Avenue, Suite 400
Little Rock, Arkansas 72201

RE:   Herb Strehl

Dear Judge Moody:

Please let this letter serve as a Letter of Support for the above referenced gentleman who has a criminal case in your court. I have known Herb for approximately three (3) years. Along with being an attorney, I volunteer through my Church as a Pastor leading our Inner City Church Plant, Metro Worship Center. Because of this activity, I lead several outreach programs and we are currently reaching the ten (10) most challenged neighborhoods in Little Rock. We have a ministry to the children and students in those neighborhoods and we also have a separate ministry to Little Rock's homeless population.

Herb has been a volunteer for the last two (2) years in the ministry. Herb is very diligent and sincere and truly seems to care about people. Herb is a hard worker. I have seen him work in the summer through the heat of the day in neighborhoods inviting students to events.

I have to be honest that I am not aware of all the facts concerning the criminal case. However, through my observation of Herb, I believe that he would be a candidate for leniency. Whatever leniency can be shown to him, I know that he will use any additional time he gains wherein he is not required to attend supervised release or other matters, to impact the community.

Once again, thank you for your attention to this matter. I am available to discuss Herb with anyone on your staff at your convenience.

Yours very truly,

H.C. "Jay" Martin

HCM:ndp



May 23, 2012

To whom it may concern:

Herb Strehl is a good friend of mine. I have known Herb for about 3 years. In that time, he has been a lot of help to me and other friends of mine. Herb is on a visitation team at First Assembly, North Little Rock where I serve as Outreach Pastor. He is so faithful to visit the shut-ins of our church.

Herb is also a handy may type and I refer him to help others with things they can't do on their own. He is always willing to help with their projects, large or small.

I feel that Herb is a trustworthy person and I trust him with my family and my home.

Serving God and people,

David N. Maynard
Staff Pastor
Outreach and Single's Ministry

First Assembly of God
4501 Burrow Drive
North Little Rock, AR 72116
501.758.8553
firstnlr.com