IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  4:04CR00176 JMM

NORMAN HERBERT STREHL

RESPONSE TO DEFENDANT'S REQUEST FOR EARLY TERMINATION OF
SUPERVISED RELEASE SO HE CAN VOTE

Comes now the United States of America, by and through Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Karen Whatley, Assistant United States Attorney, and for its response to the defendant's request for early termination of Supervised Release, states:

1. On July 21, 2004, the Grand Jury returned an indictment charging the defendant with two counts of attempt to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen (18) years to engage in sexual activity through the use of the facilities and means of interstate commerce, namely, the internet and interstate telephone communication equipment in violation of Title 18, United States Code, Section 2422(b).

2. On January 4, 2005, the Grand Jury returned a superseding indictment charging the defendant with the same offenses. The basis for the charges was that in 2002 and 2003, the defendant communicated with a then 15 year old in an attempt to get her to travel to Colorado to be his sex slave. The victim agreed and was on her way to Colorado in May 2003 when she was arrested at the bus station in Memphis. After her arrest, the victim and the defendant began communicating again and the e-mails/phone calls were sexual in nature. It was her intent to move to Colorado and become his slave when she turned 18. The investigation revealed that in June 2004, the defendant traveled to Arkansas and engaged in sexual conduct with the victim.

3.	After a plea of guilty, the defendant was sentenced to 60 months imprisonment and five years supervised release.  His supervised release is set to terminate in November 2013.

4.	The defendant has now filed a motion requesting that his supervised release be terminated no later than September 17, 2012 so he can vote in the 2012 election.

5.	The United States has contacted the United States Probation Officer and has learned that the defendant is in compliance with all the conditions of his supervised release and his sex offender registration is current.  Even though the defendant is in compliance, due to the nature of the offense, the United States opposes the defendant's motion for early termination.  Further, the reason stated by the defendant, to vote in the 2012 election, does not warrant early termination.

6.	The United States is aware that this Court has discretion to grant the defendant's request pursuant to 18 U.S.C. § 3583(e)(1); however, based on the nature of the underlying offense, the United States requests that the Court not exercise its discretion.

WHEREFORE, for the above reasons, the United States requests that the defendant's motion be denied.

    Respectfully submitted,

    CHRISTOPHER R. THYER
    UNITED STATES ATTORNEY

    */s/   Karen Whatley*
    By: KAREN WHATLEY
    Assistant U.S. Attorney
    Bar Number 94132
    Attorney for United States
    U.S. Attorney's Office
    P.O. Box 1229
    Little Rock, AR 72203
    501-340-2600
    karen.whatley@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on September 4, 2012, I electronically filed the foregoing with the Clerk of the Court, which shall send notification of such filing to the following:

Jenniffer Horan
Federal Public Defender
1401 West Capitol, Suite 490
Little Rock, AR 72201
jenniffer.horan@fd.org

            */s/   Karen Whatley*
            KAREN WHATLEY