UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | NO.   4:04CR00176 JMM |
| | ) | |
| NORMAN "HERB" STREHL | ) | DEFENDANT |

## DEFENSE COUNSEL'S REPLY

Defense counsel apologizes to the Court, to the Government, to the Probation Office, and to Mr. Strehl for an error contained in Mr. Strehl's August 30th Request for Early Termination of Supervised Release.  Specifically, the second sentence in paragraph 3 of that pleading should read: "So it is not expected that the Probation Office would have a problem with the request that Norman Strehl be allowed to end his term of supervised release **one year and** one month early"  - -  instead of stating "one month early."  This error resulted from defense counsel's oversight when proof-reading the pleading in question before it was filed.  The other information concerning the length of time Mr. Strehl has been under supervision since competing his sixty month prison sentence is correct.  He has successfully complied with the terms and conditions of his supervised release since November of 2008.  Defense counsel very much regrets any inconvenience her oversight has caused.

Respectfully submitted,

JENNIFFER HORAN
FEDERAL DEFENDER

By:   /s/  Jenniffer Horan
      Bar Number:  84076

1401 W. Capitol, Suite 490
Little Rock, AR 72201
(501) 324-6113
E-mail:  jenniffer.horan@fd.org

For:   Norman Strehl

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Karen Whatley
Assistant United States Attorney
E-mail: karen.whatley@usdoj.gov

I hereby certify that on this 6th day of September, 2012, I mailed the document and a copy of the  Notice of Electronic Filing (NEF), by United States Postal Service and email to the following:

Norman  Strehl, Defendant                    Elaine Staton, U.S. Probation Officer
                                              elaine.staton@arep.uscourts.gov


                                              /s/  Jenniffer Horan
                                              Jenniffer Horan