## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                       **4:04CR000176 JMM**

**NORMAN "HERB" STREHL**

### ORDER

Pending is the Defendant's request for termination of supervised release (Docket # 38). The United States has objected to the motion. After consideration of the factors set forth in 18 U.S.C. § 3553, the supervised release previously imposed upon the Defendant is hereby terminated. The Clerk is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 11th day of September, 2012.

_____
James M. Moody
United States District Judge